*Ronald L. Buckwalter,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Appeal dismissed.

## Commonwealth *v.* Wallace, Appellant.

Argued November 10, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John David Egnal,* with him *Egnal and Egnal,* for appellant.

*Milton M. Stein,* Assistant District Attorney, with him *Charles D. Milstein* and *James T. Ranney,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Judgment of sentence affirmed.